UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

FILED
01/08/2025
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Kristine L. Seufert, Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) CAUSE NO. 1:25-cr-00006-JRS-TAB |
| GABRIEL WHITLEY, a/k/a "Honest Gabe", | ) |
| Defendant. | ) |

## INFORMATION

The United States Attorney charges that:

### Background

1. The defendant, Gabriel Whitley, a/k/a "Honest Gabe," was a candidate for United States Congress in Indiana's 7th Congressional District, which is entirely located within the Southern District of Indiana. Whitley did not win the primary election, which was held on May 7, 2024, and was not a candidate in the November 2024 general election.

2. The defendant was supported by his principal campaign committee, Honest Gabe for Congress. The defendant served as the treasurer of Honest Gabe for Congress, which he established and registered with the Federal Election Commission ("FEC") on April 18, 2023. Honest Gabe for Congress was headquartered at the defendant's home in Indianapolis, Indiana.

3. The Federal Election Campaign Act of 1971, as amended, 52 U.S.C. § 30101 *et seq.* ("FECA"), is a federal law that regulates financial activity intended to influence the election of candidates running for federal office, including the Senate, House of Representatives, Presidency, and Vice Presidency. FECA requires political committees, including campaign committees, to register with and file periodic campaign finance reports with the FEC that identify

(a) each person who, during the reporting period, contributed more than $200 to the committee, together with the date and the amount of any such contribution, and (b) the name and address of individuals to whom the political committees paid more than $200. 52 U.S.C. § 30104. FECA also regulates the amount of the contribution that an individual may make to a candidate running for federal office. 52 U.S.C. §§ 30116(a)(1)(A) (original limit) and 30116(c) (inflation provision). In the 2023–2024 election cycle, that dollar limit was $3,300.

4. The FEC is an agency of the Executive Branch of the United States Government with jurisdiction over the administration and civil enforcement of FECA. The FEC is headquartered in Washington, D.C. Pursuant to FECA, the FEC compiles and publishes information reported by campaign committees about the source and amounts of campaign contributions and expenditures. These periodic reports, which were filed with the FEC for the FEC to make publicly available, were intended to provide the public with a record of all contributions to candidates for federal office in an effort to combat *quid pro quo* corruption or the appearance of *quid pro quo* corruption. As such, they constituted the public's primary window into the sources of funding for federal election campaigns.

### The Defendant's False Statements to the FEC

5. Beginning on or before October 11, 2023, through on or about April 15, 2024, the defendant knowingly made multiple material misstatements in required periodic reports he filed with the FEC for the purpose of falsely portraying that his campaign had significantly greater support and financial resources than it actually did.

### *October 2023 Quarterly Report*

6. On October 11, 2023, the defendant, acting as Treasurer for Honest Gabe for Congress, filed an October 15 Quarterly Report (the "October Quarterly Report") with the FEC,

covering the period from July 1, 2023, to September 30, 2023. The defendant certified that he had "examined this Report and to the best of my knowledge and belief it is true, correct and complete."

7. In the October Quarterly Report, the defendant falsely asserted that approximately 67 people, not including himself, made contributions to his campaign, totaling approximately $222,690.

8. For instance, the defendant falsely reported that C.M. contributed $2,700 on July 31, 2023. The defendant included an occupation, employer, and address for C.M. In reality, as the defendant knew, no such contribution took place, and the biographical details of C.M. that he provided were false.

9. In addition, the defendant falsely reported that C.G. contributed $250 on August 23, 2023. The defendant included an occupation, employer, and address for C.G. In reality, as the defendant knew, no such contribution took place, and the biographical details of C.G. that he provided were false.

*2023 Year End Report*

10. On January 31, 2024, the defendant, acting as Treasurer for Honest Gabe for Congress, filed a Year End Report with the FEC, covering the period from October 1, 2023 to December 31, 2023. The defendant certified that he had "examined this Report and to the best of my knowledge and belief it is true, correct and complete."

11. In the Year End Report, the defendant falsely asserted that Honest Gabe for Congress received $11,400 in contributions. As the defendant knew, most of these contributions were not actually made to Honest Gabe for Congress.

12. For instance, the defendant falsely reported that L.K. contributed $2,300 on December 4, 2023. The defendant included an occupation, employer, and address for L.K. In reality, as the defendant knew, no such contribution took place, and the biographical details of L.K. that he provided were false.

13. In addition, the defendant falsely reported that M.T. contributed $3,300 on December 15, 2023. The defendant included an occupation, employer, and address for M.T. In reality, as the defendant knew, no such contribution took place, and the biographical details of M.T. that he provided were false.

*April 2024 Quarterly Report*

14. On April 15, 2024, the defendant, acting as Treasurer for Honest Gabe for Congress, filed an April 15 Quarterly Report with the FEC, covering the period from January 1, 2024 to March 31, 2024. The defendant certified that he had "examined this Report and to the best of my knowledge and belief it is true, correct and complete."

15. In the April Quarterly Report, the defendant falsely reported that he loaned his campaign $100,000 on March 7, 2024. The defendant knew that he had not in fact loaned his campaign this money and did not have the funds to do so.

16. In total, approximately $234,000 of the purported contributions to Honest Gabe for Congress never occurred.

### COUNT 1
**False Statements**
**18 U.S.C. § 1001(a)(2)**

On or about October 11, 2023, in Marion County, in the Southern District of Indiana, the defendant, Gabriel Whitley, in a matter within the jurisdiction of the executive branch of the Government of the United States, did knowingly and willfully make one or more materially false,

fictitious, and fraudulent statements and representations, to wit: the defendant, on behalf of Honest Gabe for Congress, submitted the October Quarterly Report to the Federal Election Commission, falsely reporting that C.M. and C.G. had contributed to his campaign.

All of which is in violation of Title 18, United States Code, Section 1001(a)(2).

ZACHARY A. MYERS
UNITED STATES ATTORNEY

By: *Tiffany J. Preston*
Tiffany Preston
Assistant United States Attorney

By: *Kyle Sawa*
Kyle M. Sawa
Chief, General Crimes Unit


COREY R. AMUNDSON
Chief, Public Integrity Section
U.S. Department of Justice

By: *Jacob Steiner*
Jacob R. Steiner
Trial Attorney, Public Integrity Section