UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

FILED
01/08/2025
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Kristine L. Seufert, Clerk

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Cause No. 1:25-cr-00006-JRS-TAB |
| GABRIEL WHITLEY, a/k/a "Honest Gabe", | ) | |
| Defendant. | ) | |

## PENALTY SHEET

You have been charged in an Information with a violation of the Laws of the United States of America. The maximum penalties are as follows:

| Count Number | Statute | Years | Fine | Supervised Release |
|---|---|---|---|---|
| 1 | 18 U.S.C. § 1001(a)(2) False Statements | 0-5 | NMT $250,000 | NMT 3 years |

Dated: _____

_____
Gabriel Whitley
Defendant

I certify that the Defendant was advised of the maximum penalties in the manner set forth above and that the defendant signed (or refused to sign) the acknowledgement.

_____
United States Magistrate Judge
Southern District of Indiana