UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:25-cr-00006-JRS-TAB |
| | ) | |
| GABRIEL WHITLEY, | ) | -01 |
| | ) | |
| Defendant. | ) | |

## ENTRY

On April 7, 2025, the Court received a document from Defendant Gabriel Whitley, pro se, even though he continues to be represented by counsel. The Defendant is advised that this document will be forwarded, unread, to his counsel, who will decide whether and in what form to present the information contained in it to the Court. Counsel is ordered to remind her client that he should not send letters/documents directly to the Court. Ms. Beitz shall file a notice with the Court confirming that she has made contact with Defendant on or before April 21, 2025.

Date: 4/7/2025

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Distribution to all counsel of record via CM/ECF.