UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:25-cr-00006-JRS-TAB |
| | ) | |
| GABRIEL WHITLEY, | ) | |
|     Defendant. | ) | |

## NOTICE TO THE COURT

Comes now, Gwendolyn M. Beitz, counsel for Gabriel Whitley and files this Notice to the Court.

1. On April 7, 2025, a pro se letter from Mr. Whitley was filed with the Court.

2. On April 7, 2025, this Court directed counsel to consult with Mr. Whitley about his letter and remind him not to file letters/documents directly with the Court.

3. Undersigned counsel has had several conversations with Mr. Whitley since April 7, 2025. Counsel instructed him that he should not file motions or letters with the Court.

**WHEREFORE**, undersigned counsel respectfully notifies this Court that she has complied with the Court's order of April 7, 2025.

Respectfully submitted,

*Gwendolyn M. Beitz*
Gwendolyn M. Beitz
Indiana Federal Community Defenders, Inc.
111 Monument Circle, Suite 3200
Indianapolis, IN 46204
317-383-3520

## **CERTIFICATE OF SERVICE**

    I certify that on April 21, 2025, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                        *Gwendolyn M. Beitz*
                                        Gwendolyn M. Beitz